UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60025-CIV-HUCK-O'SULLIVAN

OCEANSIDE LAUDERDALE,
INC., *et al.*,

    Plaintiffs,

v.

OCEAN 4660, LLC, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Defendants' Motion for Attorney's Fees and Costs Pursuant to Rule 11 (D.E. #71), filed November 11, 2010. On March 8, 2011, Magistrate Judge John O'Sullivan entered a Report and Recommendation (D.E. #76), recommending that Defendants' Motion be denied. Neither party has filed any objection to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that Judge O'Sullivan's Report and Recommendation (D.E. #76) is ADOPTED, and Defendants' Motion for Attorney's Fees and Costs Pursuant to Rule 11 (D.E. #71) is DENIED.

DONE and ORDERED in Chambers, Miami, Florida, April 5, 2011.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record